AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Arnoldo Perez-Melchor

United States District Court
Southern District Of Texas
FILED
DEC 20 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number:    M-19-3111-M

IAE    YOB:    1981
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 18, 2019** in **Starr** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title    **8**    United States Code, Section(s)    **1326**    (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Arnoldo Perez-Melchor was encountered by Border Patrol Agents near Roma, Texas on December 18, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 16, 2019, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on February 1, 2017 through El Paso, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 7, 2014 the defendant was convicted of 8 USC 1326 Reentry of Removed Alien After Felony Conviction and sentenced to forty-six (46) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA _[signature] 12/20/19_

Signature of Complainant

Sworn to before me and subscribed in my presence,

**December 20, 2019**
Date

Amber R. Peterson
Printed Name of Complainant

**J Scott Hacker** , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer